UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE C. WILLIAMS, | NO. ED CV 11-310-MMM(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| MATTHEW CATE, Secy at CDCR, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff.

          DATED: July 22, 2011


                                      /s/ Margaret M. Morrow
                                   _____
                                          MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE