UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE C. WILLIAMS, | ) | NO. ED CV 11-310-MMM(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, Secy at CDCR, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 22, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE